RINGGOLD L. STERLING *v.* LUCY LEE STERLING

[No. 29, October Term, 1939.]

684

*Decided November 28th, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*F. Kirk Maddrix* and *L. Paul Ewell,* for the appellant. *George H. Myers,* for the appellee.

PARKE, J., delivered the opinion of the Court.